UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:   No. ___4:20-mj-53___

20-060-04

**REDACTED APPLICATION FOR SEARCH AND SEIZURE WARRANT**

I, David Sundet, being duly sworn depose and say:

I am a Special Agent with the Drug Enforcement Administration (DEA), the U.S. Justice Department, and have reason to believe that on the property or premises fully described in Attachment A, there is now concealed certain property, namely: that which is fully described in Attachment B, attached hereto and incorporated herein by reference, which I believe is property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of 21 U.S.C. §§ 841(a)(1) and 846 (distribution and conspiracy to distribute controlled substances), and 18 U.S.C. §§ 1952 and 1956 (use of facilities in interstate commerce and money laundering).

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith.

_____
Special Agent David Sundet
Drug Enforcement Administration

Subscribed and sworn to before me, telephonically, on the __8th__ day of June, 2020, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

In the Matter of the Search Regarding:     No. __4:20-mj-53__

20-060-04                                  **REDACTED SEARCH AND SEIZURE WARRANT**

---

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property more fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal evidence of violations of 21 U.S.C. §§ 841(a)(1) and 846 (distribution and conspiracy to distribute controlled substances), and 18 U.S.C. §§ 1952 and 1956 (use of facilities in interstate commerce and money laundering), which is more fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 22, 2020___ (not to exceed 14 days)
- ☒ in the daytime ■ 6:00 a.m. to 10:00 p.m.
- ■ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

[2]

- Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized,
- for _____ days *(not to exceed 30)*.
- until, the facts justifying, the later specific date of _____.

__6-8-2020 at 10am CDT__ at Sioux Falls, South Dakota
Date and Time Issued Telephonically

*[signature]*
VERONICA L. DUFFY
United States Magistrate Judge

[3]